UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Jesse Wyngaard, *et al.*,

                                **Plaintiffs,**       Case No. 19-CV-493

     v.

                                                   MINUTE SHEET

Woodman's Food Market Inc,

                                **Defendant.**

| | | | |
|---|---|---|---|
| **Hon. Nancy Joseph, presiding.** | | **Deputy Clerk:** R. Miller | |
| **Type of Proceeding:** STATUS CONFERENCE | | | |
| **Date:** May 8, 2024 at 3:30pm | | **Court Reporter:** Zoom Audio | |
| **Time Commenced:** 3:30pm | | **Time Concluded:** 3:57pm | |

| **Appearances:** | **Plaintiff:** | David Potteiger |
|---|---|---|
| | **Defendant:** | Geoffrey Trotier |

**Comments:**

Matter referred to Judge Joseph for remainder of discovery. Parties discuss Defendant's Motion for Protective Order (ECF No. 281). Plaintiffs are currently not planning on deposing Woodman's General Counsel, Sara Eagle Kjome. Defendant moves to withdraw the motion.

**Defendant's Motion for Protective Order (ECF No. 281) is WITHDRAWN.**

Parties discuss Defendant's Motion to Amend Scheduling Order (ECF No. 301). Defendant stands by its written brief in argument for its motion. Defendant states that this case has had many stop-and-starts including agreements regarding discovery and settlement discussions. Defendant states Plaintiffs have not shown how this motion would be prejudicial. Plaintiffs stand by their written brief in opposition. Plaintiffs state the date for expert reports has passed and the Defendant should have been aware of the necessity of naming an expert. Plaintiffs state harm has been shown to the court and other parties involved in this case. Court finds that it would not be unduly prejudicial to Plaintiffs and that Defendant has shown good cause to request an extension of time to name an expert.

**Defendant's Motion to Amend Scheduling Order (ECF No. 301) is GRANTED.**

Court discusses deadlines for Defendant naming expert and expert report with the parties. Court discusses deadlines for closing discovery and filing of dispositive motions with the parties.

**Court ORDERED the following:**
**Defendant to name its expert witness one week from today.**
**Defendant to submit its expert report 15 days from today.**
**Discovery to be completed by October 15, 2024.**
**Dispositive Motions to be filed by November 15, 2024.**