

# WISCONSIN COURT OF APPEALS
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215  
P.O. Box 1688  
Madison, WI 53701-1688

Samuel A. Christensen  
Clerk

Telephone: 608-266-1880  
TTY: 800-947-3529  
Fax: 608-267-0640  
http://www.wicourts.gov

| | | |
|---|---|---|
| 2023AP001379 | 2025 WI App 29 | Miller Compressing Company v. John E. Busby |
| 2023AP002103 | 2025 WI App 30 | Sherleti Freeman v. SL Greenfield, LLC |
| 2023AP002135 | 2025 WI App 31 | Seth E. Dizard v. Torro LLC |
| 2024AP000472 | 2025 WI App 32 | S. G. v. Wisconsin Department of Children and Families |
| 2024AP001091 | 2025 WI App 33 | Dyersville Ready Mix Inc. d/b/a BARD Materials v. Iowa County Board of Supervisors |

Before White, Chm., Donald, Grogan, Gill, and Graham, JJ., Publication Committee.

The court having filed its opinion in each of the above-entitled appeals and the court having concluded pursuant to Wis. Stats. § 809.23 that the opinions should be published,

**IT IS ORDERED** that the opinion in each of the above-entitled appeals be published in the official reports.

Dated: 05-28-2025

By the Court

/S/SAC  
Samuel A. Christensen  
Clerk of Court of Appeals