

OFFICE OF THE CLERK

# Supreme Court of Wisconsin

**110 EAST MAIN STREET, SUITE 215**
**P.O. BOX 1688**
**MADISON, WI 53701-1688**

TELEPHONE (608) 266-1880
FACSIMILE (608) 267-0640
Web Site: www.wicourts.gov

February 12, 2026

**To:**

Hon. J. D. Watts
Circuit Court Judge
Electronic Notice

Anna Hodges
Clerk of Circuit Court
Milwaukee County Appeals Processing Division
Electronic Notice

David J. Hanus
Hinshaw & Culbertson LLP
Suite 2600
100 E. Wisconsin Avenue
Milwaukee, WI 53202

Scott Luzi
Walcheske & Luzi, LLC
235 N. Executive Drive, Ste. 240
Brookfield, WI 53005

David M. Potteiger
Electronic Notice

Corey Swinick
Electronic Notice

You are hereby notified that the Court has entered the following order:

No. 2023AP2103   Freeman v. SL Greenfield LLC, L.C.#2020CV5706

    A petition for review pursuant to Wis. Stat. § 808.10 having been filed on behalf of defendants-appellants-petitioners, SL Greenfield, LLC and Senior Lifestyle Corporation, and considered by this court;

    IT IS ORDERED that the petition for review is denied, without costs.

    REBECCA GRASSL BRADLEY, J., dissents.

Samuel A. Christensen
Clerk of Supreme Court