UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JESSE WYNGAARD,
on behalf of himself and
all others similarly situated,　　　　　　　　　Case No. 19-CV-0493

    Plaintiff,

    v.

WOODMAN'S FOOD MARKET, INC.

    Defendant.

---

MARY HUNTER and
JACLYN BEEGUN
on behalf of themselves and
all others similarly situated,　　　　　　　　　Case No. 21-CV-0094

    Plaintiffs,

    v.

WOODMAN'S FOOD MARKET, INC.

    Defendant.

---

TERRY ROBERTSON and
RAY BARNES,
on behalf of themselves and
all others similarly situated,　　　　　　　　　Case No. 22-CV-0207

    Plaintiffs,

    v.

WOODMAN'S FOOD MARKET, INC.

    Defendant.

1

# DEFENDANT WOODMAN'S FOOD MARKET, INC.'S
# CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION

## MOTION

Defendant, Woodman's Food Market, Inc., hereby moves the Court to strike Plaintiff's Amended Notice of Supplemental Authority. Dkt. 392. The Amended Notice of Supplemental Authority is improper because it violates Civil L. R. 7(k) by impermissibly adding argument to the notice. *See id.* Civil L. R. 7 limits a party to "attaching the new authority" and identifying the page or section in the filed briefs to which the authority is relevant, but expressly requires the notice "not contain any argument" therein. *Id.*

Second, the Amended Notice of Supplemental Authority is duplicative and therefore moot. Plaintiff previously provided the same authority to the Court in its April 8, 2025 Notice of Supplemental Authority. *Compare* Dkt. 390-1 *with* Dkt. 392-1. The Amended Notice of Supplemental Authority provides no new supplemental authority. Rather, it provides notice that the Wisconsin Supreme Court recently refused to grant *certiorari* in the authority provided in the April 8, 2025 Notice of Supplemental Authority. Dkt. 392, p. 4. This denial does not constitute new authority. Therefore, the Amended Notice of Supplemental Authority is duplicative of Plaintiff's April 8, 2025 Notice of Supplemental Authority except that Plaintiff impermissibly added argument.

## CONCLUSION

For the above reasons, Defendant asks the Court to strike Plaintiff's Amended Notice of Supplemental Authority.

Dated this 20th day of February, 2026.

HUSCH BLACKWELL LLP

/s/ *Geoffrey S. Trotier*

Geoffrey S. Trotier, WI State Bar No. 1047083
Erik K. Eisenmann, WI State Bar No. 1081410
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: 414.273.2100
Fax: 414.223.5000
Email:geoff.trotier@huschblackwell.com
Email: erik.eisenmann@huschblackwell.com

Cooper Page, TX State Bar No. 24119728
1900 North Pearl Street, Suite 1800
Dallas, TX 75201
Telephone: 214.999.6100
Fax: 214.999.6170
Email: cooper.page@huschblackwell.com

Attorneys for Defendant Woodman's Food Market, Inc.

3