UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | November 16, 2026 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 19-cv-493 |
| CASE NAME: | Jesse Wyngaard v. Woodman's Food Market, Inc. |
| NATURE OF HEARING: | Status conference |
| APPEARANCES: | David Potteiger – Attorney for the plaintiff<br>Geoffrey Trottier – Attorney for the defendant |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 2:30 p.m. – 2:43 p.m. |

The court recounted that at the end of its September order ruling on the parties' motions for summary judgment, it had set this scheduling conference for the purpose of selecting final pretrial conference and trial dates. The court observed that in early November, the defendant had filed a motion asking the court to certify its summary judgment order for interlocutory appeal to the Seventh Circuit; the plaintiff had filed an opposition brief on November 12.

At today's hearing, defense counsel stated that he intended to file a reply brief and requested an extension until December 1 by which to do so. The plaintiff did not object and the court stated it would grant the motion.

The court asked whether, given the procedural posture, there was anything else the parties could accomplish today.

The plaintiff's counsel stated that his client would be interested in mediation, opining that the only real issues that remained for trial were damages and the experts tended to agree on the math. Defense counsel stated that he did not have authority to agree to mediation today. The court advised that the parties could agree to mediate at any time but stated that it would be helpful for the parties to apprise the court of any decision to mediate. Unless the parties ask it to delay doing so, the court will begin reviewing the motion to certify once it receives the reply brief.

The court **ORDERS** that the defendant's deadline to file a reply brief in support of its motion to certify is **EXTENDED** until the end of the day on **Tuesday, December 1, 2026.**

Dated in Milwaukee, Wisconsin this 16th day of November, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**